NUMBER 13-09-00279-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CELSO I. DOLMO, Appellant,


v.



GALIANO TUGS, INC., ET AL., Appellees. 

_____________________________________________________________


On Appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam


 Appellant, Celso I. Dolmo, perfected an appeal from a judgment rendered against
him in favor of appellees, Galiano Tugs, Inc., et. al. On May 28, 2009, the Clerk of this
Court notified appellant that the clerk's record in the above cause was originally due on 
May 26, 2009, and that the deputy district clerk, Christina Tusa, had notified this Court that
appellant failed to make arrangements for payment of the clerk's record. The Clerk of this
Court notified appellant of this defect so that steps could be taken to correct the defect, if
it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of prosecution. 

 Appellant has failed to respond to this Court's notice. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b), (c). 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 23rd day of July, 2009.